UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THE PEOPLE OF THE STATE OF NEW YORK,
By LETITIA JAMES, Attorney General of the
State of New York

                Plaintiff,

     v.                                             Case No. 21-cv-00189

DIOCESE OF BUFFALO, RICHARD J. MALONE,
EDWARD M. GROSZ, and EDWARD B.
SCHARFENBERGER, in his capacity as Apostolic
Administrator for the Diocese of Buffalo,

                Defendants.
_____

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias Wexler Friedman LLP, by Dennis C. Vacco, Esq., hereby enters appearance in these proceedings as counsel of record for DEFENDANTS RICHARD J. MALONE and EDWARD M. GROSZ and requests that all papers, pleadings, notices, orders and other related documents in these proceedings be served upon the undersigned. The undersigned is admitted to practice in this Court.

Dated: January 29, 2021                **LIPPES MATHAIS WEXLER FRIEDMAN LLP**

                                                        s/ *Dennis C. Vacco*
                                                        Dennis C. Vacco, Esq.
                                                        50 Fountain Plaza, Suite 1700
                                                        Buffalo, NY 14202
                                                         P: 716-853-5100
                                                         F: 716-853-5199
                                                         dvacco@lippes.com