

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE  
CHARITIES BUREAU

212.416.6241  
Emily.Stern@ag.ny.gov

January 29, 2021

**VIA ECF & U.S. MAIL**

Hon. Paul A. Crotty  
United States District Court  
500 Pearl Street, Chambers 1350  
New York, NY 10007

Re: *People* v. *Diocese of Buffalo et al.*, No. 21-cv-189

Dear Judge Crotty:

I write in response to the Court's Notice of Pre-Motion Conference dated January 28, 2021.  We understand the Court's Notice, which schedules a conference for February 11, 2021, to extend the 30-day statutory deadline for moving to remand this action.  The Attorney General will submit her opening brief in support of remand as directed by the Court at the February 11 conference.

Respectfully submitted,

*/s/ Emily Stern*  
Co-Chief, Enforcement Section  
Assistant Attorney General

cc: Counsel of Record (via ECF)