UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, By LETITIA JAMES, Attorney General of the State of New York, <br><br> Plaintiff, <br><br> -against- <br><br> DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo, <br><br> Defendants. | Case No. 21-cv-00189 <br><br> [State court Index No. 452354/2020] |

**APPEARANCE OF COUNSEL**

To:     The Clerk of Court and All Parties of Record

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff, The People of the State of New York, by Letitia James, Attorney General of the State of New York.

Dated:     February 3, 2021
             New York, New York

By:     /s/ Catherine Suvari

Catherine Suvari
28 Liberty Street
New York, New York 10005
Catherine.Suvari@ag.ny.gov
Tel. (212) 416-6172

*Attorney for* LETITIA JAMES
*Attorney General of the State of New York*

1