STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Application granted.  The Court need not hold a pre-motion conference.  Plaintiff's motion for remand shall be filed no later than February 22, 2021.

February 10, 2021

SO ORDERED.

**Via Electronic Filing**

Hon. Ronnie Abrams
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Ronnie Abrams
February 10, 2021

Re:   *People* v. *Diocese of Buffalo et al.*, No. 21-cv-189

Dear Judge Abrams:

I write on behalf of Plaintiff, the People of the State of New York, by the Attorney General Letitia James, to address a preliminary scheduling matter left unresolved by this case's recent reassignment.

The Attorney General commenced this action in New York State Supreme Court on November 23, 2020.  Before responding to the Complaint, Defendant the Diocese of Buffalo removed the action from state court on January 9, 2021.[1]  The case was initially assigned to Judge Vyskocil and reassigned to Judge Crotty on January 13.

Pursuant to Judge Crotty's Individual Rules, the Attorney General filed a letter on January 25 to request a pre-motion conference in advance of moving to remand the action (Docket No. 5).  On January 28, Judge Crotty responded with a Notice of Pre-Motion Conference that scheduled the conference for tomorrow, February 11.  In a letter filed with the Court the next day, the Attorney General confirmed that she understood the Notice to extend the 30-day statutory deadline for moving to remand until such date as directed by the Court at the February 11 conference (Docket No. 9).  Yesterday, Judge Crotty recused himself from this matter and adjourned the pre-motion conference *sine die*.

In light of Judge Crotty's recusal, the Attorney General respectfully requests the Court's guidance on whether the pre-motion conference will be rescheduled.  If not, the Attorney General proposes that her time to move for remand be extended until **Monday, February 22, 2021**, when the Attorney General will submit her opening brief.

---

[1]   Prior to removal, the Attorney General had agreed to extend all Defendants' time to respond to the Complaint until February 26, 2021.

                                                Respectfully submitted,

                                                */s/ Emily Stern*

                                                Co-Chief, Enforcement Section
                                                Assistant Attorney General

cc:      Counsel of Record (via ECF)