UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, By LETITIA JAMES, Attorney General of the State of New York, <br><br>                       Plaintiff, <br><br> -against- <br><br> DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo, <br><br>                       Defendants. | Case No. 21-cv-00189 (RA) <br><br> [State Court Index No. 452354/2020] <br><br> **NOTICE OF MOTION TO REMAND TO STATE COURT** |

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. § 1447(c), the Declaration of Emily Stern and exhibits thereto, the Memorandum of Law in Support of the New York State Attorney General's Motion To Remand this Action to State Court, and all prior pleadings and proceedings in this action, Plaintiff the People of the State of New York, moves this Court for an Order remanding this case to the Supreme Court of the State of New York, New York County under 28 U.S.C. § 1452 or, alternatively, 28 U.S.C. § 1334, and for such other and further relief as the Court may deem just and proper.  Defendants' opposition papers are required to be served by March 15, 2021, and Plaintiff's reply must be served by March 25, 2021.

Dated:    February 22, 2021
           New York, New York

                                            LETITIA JAMES
                                            Attorney General of the State of New York

                             By:   s/ Emily Stern
                                            James Sheehan
                                            Emily Stern
                                            Daniel Roque
                                            Catherine Suvari
                                            28 Liberty Street
                                            New York, New York 10005
                                            emily.stern@ag.ny.gov
                                            (212) 416-6241