

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

212.416.6241
Emily.Stern@ag.ny.gov

February 22, 2021

**Via Electronic Filing**

Hon. Ronnie Abrams
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                Re:    *People* v. *Diocese of Buffalo et al.*, No. 21-cv-189

Dear Judge Abrams:

      Pursuant to the Court's Individual Rules & Practices in Civil Cases (4.G.), Plaintiff the Attorney General of the State of New York hereby requests oral argument of her motion to remand this action to New York State Supreme Court (Docket Nos. 15 to 17). The motion will be fully briefed by March 25, 2021, in accordance with a court ordered, stipulated briefing schedule.

                                        Respectfully submitted,
                                        */s/ Emily Stern*
                                        Co-Chief, Enforcement Section
                                        Assistant Attorney General

cc:    Counsel of Record (via ECF)