IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York,<br><br>    Plaintiff,<br><br>  v.<br><br>DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo,<br><br>    Defendants. | No. 21-cv-189 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Leon F. DeJulius, Jr. of Jones Day, with offices located at 250 Vesey Street, New York, NY 10281, hereby enters an appearance for Defendants the Diocese of Buffalo, New York, and Edward B. Scharfenberger.

I hereby certify that I am admitted to practice before this Court.

Dated: March 15, 2021        Respectfully submitted,

                     <u>/s/ Leon F. DeJulius, Jr.</u>
                     Leon F. DeJulius, Jr.
                     JONES DAY
                     250 Vesey Street
                     New York, New York 10281
                     Tel: (212) 326-3830
                     Fax: (212) 755-7306
                     lfdejulius@jonesday.com

                     *Attorney for Defendants*
                     *Diocese of Buffalo, New York and*
                     *Edward B. Scharfenberger*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 15, 2021, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                 */s/ Leon F. DeJulius, Jr.*
                                                 Leon F. DeJulius, Jr.