IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>v.<br><br>DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo,<br><br>Defendants. | No. 21-cv-189 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James M. Gross of Jones Day, with offices located at 250 Vesey Street, New York, NY 10281, hereby enters an appearance for Defendants the Diocese of Buffalo, New York, and Edward B. Scharfenberger.

I hereby certify that I am admitted to practice before this Court.

Dated: March 15, 2021

Respectfully submitted,

 /s/ James M. Gross
James M. Gross
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3733
Fax: (212) 755-7306
jgross@jonesday.com

*Attorney for Defendants*
*Diocese of Buffalo, New York and*
*Edward B. Scharfenberger*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 15, 2021, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                    */s/ James M. Gross*
                                                  James M. Gross