IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York,<br><br>          Plaintiff,<br><br>      v.<br><br>DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo,<br><br>          Defendants. | No. 1:21-cv-00189-RA |

## DECLARATION OF TODD R. GEREMIA

I, TODD R. GEREMIA, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm Jones Day, counsel for the Catholic Diocese of Buffalo and its former Apostolic Administrator Edward B. Scharfenberger (collectively, the "Diocese") in this action. I submit this declaration in support of the Diocese's opposition to the Office of the Attorney General's ("OAG") motion to remand this action to state court.

2. Attached as Exhibit A is a table that sets out allegations in the Complaint which expressly allege that a defendant in this action violated an ecclesiastical law, policy, norm, procedure, or other internal guidance of the Roman Catholic Church.

3. Attached as Exhibit B is a table that sets out allegations in the Complaint which expressly allege that a defendant in this action violated a provision of New York State law.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Yonkers, New York, on March 15, 2021.

_____
TODD R. GEREMIA