# JONES DAY

250 VESEY STREET  •  NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939  •  FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-3830
lfdejulius@jonesday.com

March 15, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                 Re:    *People v. Diocese of Buffalo, et al.*, No. 1:21-cv-00189
                        (S.D.N.Y.)

Dear Judge Abrams:

We represent Defendants the Catholic Diocese of Buffalo and its former Apostolic Administrator Edward B. Scharfenberger (collectively, the "Diocese") in this action.  In accordance with Practice 4.G of Your Honor's Individual Rules & Practices in Civil Cases, the Diocese respectfully requests oral argument on the Plaintiff's motion to remand this action to state court.  The Diocese filed its opposition to the Plaintiff's remand motion today, and the motion is scheduled to be fully briefed by March 25, 2021.

We thank the Court for its consideration.

                         Respectfully submitted,

                         /s/ *Leon F. DeJulius, Jr.*

                         Leon F. DeJulius, Jr.

cc.    Dennis C. Vacco, Esq. (by ECF)
       Emily Stern, Esq. (by ECF)