UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/2021

PEOPLE OF THE STATE OF NEW YORK,

        Plaintiff,

      v.

DIOCESE OF BUFFALO, et al.,

        Defendants.

21-CV-189 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold oral argument on the pending remand motion on August 17, 2021 at 10:00 a.m. If counsel for the parties are unavailable at that date and time, they shall, by no later than July 12, file a joint letter proposing alternative dates, ideally between August 16 and 27, 2021.

SO ORDERED.

Dated:    July 6, 2021
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge