USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK,

        Plaintiff,

v.

DIOCESE OF BUFFALO, et al.,

        Defendants.

21-CV-189 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Oral argument on the pending motion to remand is adjourned until September 21, 2021 at 10:00 a.m. By no later than September 14, 2021, the parties shall submit a letter to the Court indicating their preference as to whether argument will be held in-person, by video, or by phone.

SO ORDERED.

Dated:   July 15, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge