USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York,

            Plaintiff,

        v.

DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo,

           Defendants.

No. 21-CV-00189 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case is hereby stayed until further notice.

SO ORDERED.

Dated:    September 10, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge