UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York,

        Plaintiff,

   v.

DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo,

        Defendants.

No. 1:21-cv-00189-RA

---

### MOTION BY CONSENT FOR SUBSTITUTION OF A DEFENDANT

With the consent of all other parties to this action, Defendant, the Diocese of Buffalo, hereby respectfully moves, pursuant to Federal Rule of Civil Procedure 25(c), to substitute as a Defendant MICHAEL W. FISHER, in his capacity as the Bishop of the Diocese of Buffalo, for the Defendant, EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo.  Michael W. Fisher has been the Bishop of the Diocese of Buffalo since he was installed on January 15, 2021.  Edward B. Scharfenberger is no longer the Apostolic Administrator for the Diocese of Buffalo.  The undersigned counsel for the Diocese of Buffalo represented Edward B. Sharfenberger in this action, in his capacity as the Apostolic Administrator for the Diocese of Buffalo, and will represent Michael W. Fisher in this action, in his capacity as Bishop of the Diocese of Buffalo.

A revised caption with the substitution sought by this motion is attached hereto as Exhibit A.

|  |  |
|---|---|
| Dated: New York, New York<br>August 22, 2022 | Respectfully submitted,<br><br>*/s/ Todd R. Geremia*<br>Leon F. DeJulius, Jr.<br>Todd R. Geremia<br>JONES DAY<br>250 Vesey Street<br>New York, New York  10281-1047<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>lfdejulius@jonesday.com<br>trgeremia@jonesday.com<br>jgross@jonesday.com<br><br>John D. Goetz (*pro hac vice*)<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, Pennsylvania 15219<br>Tel: (412) 394-7911<br>Fax: (412) 394-7959<br>jdgoetz@jonesday.com<br><br>*Attorneys for Defendants*<br>*Diocese of Buffalo and*<br>*Bishop Michael W. Fisher* |

<table>
<tr><td>

WITH CONSENT:

Dated:  Buffalo, New York<br>
           August 22, 2022

</td><td>

*For Defendants*<br>
*Richard J. Malone and Edward M. Grosz:*

*/s/ Dennis C. Vacco*<br>
_____<br>
Dennis C. Vacco<br>
Scott S. Allen, Jr.<br>
LIPPES MATTHIAS LLP<br>
50 Fountain Plaza, Suite 1700<br>
Buffalo, New York 14202-2216<br>
Tel: (716) 853-5100<br>
Fax: (716) 853-5199<br>
dvacco@lippes.com<br>
sallen@lippes.com

*Attorneys for Defendants*<br>
*Richard J. Malone and Edward M. Grosz*

</td></tr>
</table>

3

WITH CONSENT:

Dated:   New York, New York
         August 22, 2022

*For Plaintiff, Letitia James, Attorney General of the State of New York:*

*[signature]*

James Sheehan, Charities Bureau Chief
Emily Stern, Co-Chief of Enforcement
    Section, Charities Bureau
Daniel Roque, Assistant Attorney General
Catherine Suvari, Assistant Attorney General
28 Liberty Street
New York, New York  10005
(212) 416-8401


SO ORDERED:

*[signature]*

Hon. Ronnie Abrams,
U.S. District Judge

Dated:  August 24, 2022

# EXHIBIT A

## REVISED CAPTION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York,<br><br>   Plaintiff,<br><br> v.<br><br>DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and MICHAEL W. FISHER, in his capacity as Bishop of the Diocese of Buffalo,<br><br>   Defendants. | No. 1:21-cv-00189-RA |