UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York, <br><br> Plaintiff, <br><br> v. <br><br> DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo, <br><br> Defendants. | No. 1:21-cv-00189-RA |

## MOTION BY CONSENT FOR SUBSTITUTION OF A DEFENDANT

With the consent of all other parties to this action, Defendant, the Diocese of Buffalo, hereby respectfully moves, pursuant to Federal Rule of Civil Procedure 25(c), to substitute as a Defendant MICHAEL W. FISHER, in his capacity as the Bishop of the Diocese of Buffalo, for the Defendant, EDWARD B. SCHARFENBERGER, in his capacity as Apostolic Administrator for the Diocese of Buffalo. Michael W. Fisher has been the Bishop of the Diocese of Buffalo since he was installed on January 15, 2021. Edward B. Scharfenberger is no longer the Apostolic Administrator for the Diocese of Buffalo. The undersigned counsel for the Diocese of Buffalo represented Edward B. Sharfenberger in this action, in his capacity as the Apostolic Administrator for the Diocese of Buffalo, and will represent Michael W. Fisher in this action, in his capacity as Bishop of the Diocese of Buffalo.

A revised caption with the substitution sought by this motion is attached hereto as Exhibit A.

Dated:   New York, New York
         August 22, 2022

Respectfully submitted,

/s/ Todd R. Geremia

Leon F. DeJulius, Jr.
Todd R. Geremia
JONES DAY
250 Vesey Street
New York, New York  10281-1047
Tel: (212) 326-3939
Fax: (212) 755-7306
lfdejulius@jonesday.com
trgeremia@jonesday.com
jgross@jonesday.com

John D. Goetz (*pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219
Tel: (412) 394-7911
Fax: (412) 394-7959
jdgoetz@jonesday.com

*Attorneys for Defendants*
*Diocese of Buffalo and*
*Bishop Michael W. Fisher*

WITH CONSENT:

Dated: Buffalo, New York
August 22, 2022

*For Defendants*
*Richard J. Malone and Edward M. Grosz:*

_____
Dennis C. Vacco
Scott S. Allen, Jr.
LIPPES MATTHIAS LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202-2216
Tel: (716) 853-5100
Fax: (716) 853-5199
dvacco@lippes.com
sallen@lippes.com

*Attorneys for Defendants*
*Richard J. Malone and Edward M. Grosz*

3

WITH CONSENT:

Dated:   New York, New York
          August 22, 2022

*For Plaintiff, Letitia James, Attorney General of the State of New York:*

_____
James Sheehan, Charities Bureau Chief
Emily Stern, Co-Chief of Enforcement
   Section, Charities Bureau
Daniel Roque, Assistant Attorney General
Catherine Suvari, Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8401

Application granted. The Clerk of Court is respectfully directed to amend the caption in this case to replace Defendant Edward B. Sharfenberger with Defendant Michael W. Fisher.

SO ORDERED:

Dated: August 24, 2022

_____
Hon. Ronnie Abrams,
U.S. District Judge

4

## EXHIBIT A

## <u>REVISED CAPTION</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York,<br><br>       Plaintiff,<br><br>  v.<br><br>DIOCESE OF BUFFALO, RICHARD J. MALONE, EDWARD M. GROSZ, and MICHAEL W. FISHER, in his capacity as Bishop of the Diocese of Buffalo,<br><br>       Defendants. | No. 1:21-cv-00189-RA |